bond given to indemnify plaintiff in the event of a deficiency resulting from foreclosure.

*Abraham J. Halprin* for appellant.

*Harold R. Medina* and *Ralph Honig* for respondent.

Appeal dismissed, with costs, on the ground that the order appealed from is not a final order; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: HISCOCK, Ch. J.

---

THE TOWN OF SAVANNAH, Respondent, *v.* THE TOWN OF CONQUEST, Appellant.

*Towns — bridges — action by town to recover from adjoining town half of cost of construction of bridge over boundary stream.*

*Town of Savannah* v. *Town of Conquest*, 215 App. Div. 750, affirmed. (Argued November 29, 1926; decided December 31, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 17, 1925, affirming a judgment in favor of plaintiff entered upon the report of a referee. The action was to recover one-half of the expense of constructing a bridge over a stream between the town of Savannah in Wayne county and the town of Conquest in Cayuga county, under section 250 of the Highway Law. The answer denied that the bridge was constructed upon the boundary line between the two towns or that it connected two public highways.

*Frank S. Coburn* for appellant.

*E. M. Harvie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.